EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2024 TSPR 126 |
|---|---|
| Carlos R. Torres Torres | 214 DPR ___ |

Número del Caso: TS-13,334

Fecha: 4 de diciembre de 2024

Representante legal del peticionario:

    Por derecho propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Carlos R. Torres Torres          TS-13,334

RESOLUCIÓN

En San Juan, Puerto Rico, a 4 de diciembre de 2024.

Atendida la *Solicitud de reinstalación* que presentó el Sr. Carlos R. Torres Torres, se ordena su reinstalación al ejercicio de la abogacía.

Se le apercibe al licenciado Torres Torres de que en el futuro debe dar fiel cumplimiento al Código de Ética Profesional, 4 LPRA Ap. IX-B.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Rivera García no intervino.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo